UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TYRONE BENTLEY, :
                 CIVIL ACTION NO. 3:23-0088
    Petitioner :

                 (JUDGE MANNION)
    v. :

J. L. JAMESON, WARDEN, :

    Respondent :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** the above captioned case.

3. Petitioner's motion to refile petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 (Doc. 2) is **DISMISSED** as moot.

*[signature]*

**MALACHY E. MANNION**
**United States District Judge**

Dated: July **11**, 2023
23-0088-01-Order